**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| JOSHUA KRAINIS and CASSANDRA KRAINIS, individually and as Parents of B.K. and E.K. <br><br> Plaintiffs <br><br> v. <br><br> SUPERINTENDENT CHRISTOPHER HOWELL and PRINCIPAL RYAN CARON, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Case No.** _____ |

**NOTICE OF REMOVAL**

Defendants, Christopher Howell and Ryan Caron, hereby remove the above captioned action, PORSC-CV-2026-327, currently pending in Maine Superior Court, Cumberland County, to the United States District Court for the District of Maine. Removal is based on federal question jurisdiction pursuant to 28 U.S.C. § 1331 and is authorized by 28 U.S.C. §§ 1441 and 1446. As grounds for removal, the Defendant states as follows:

1.      Plaintiffs filed their Complaint in the Cumberland County Superior Court on or about July 23, 2026.  Neither Defendant has been served yet, but counsel for Plaintiffs provided a copy of the pleading to attorneys representing both Defendants on July 23, 2026.

2.      The Complaint asserts claims against the Defendants for violations of the Plaintiffs' rights to the free exercise of religion and equal protection under the First and Fourteenth Amendments to the U.S. Constitution.

3.      This Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1331.

4.      This action may therefore be removed pursuant to 28 U.S.C. § 1441.

5.      In accordance with 28 U.S.C. § 1446(d), Defendants are filing a copy of this Notice of Removal with the Maine Superior Court, Cumberland County and are sending a copy to Plaintiff's counsel.

6.      Defendants have requested from the Cumberland County Superior Court a duplicate record of every action taken in this matter and will file it upon receipt.

Dated:  July 28, 2026                              */s/Allan S. Bradley*
                                                   Allan S. Bradley

                                                   Attorney for Defendants
                                                   Drummond Woodsum
                                                   84 Marginal Way, Suite 600
                                                   Portland, ME  04101-2480
                                                   Telephone (207) 772-1941
                                                   Facsimile (207) 772-3627
                                                   abradley@dwmlaw.com